**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**NISSIEL VALDES LLERAS,**<br>Defendant | **NO. 5: 07-MJ-02-12 (CWH)**<br><br>VIOLATIONS: Fraud Related |

## ORDER ON PRELIMINARY EXAMINATION

Defendant **NISSIEL VALDES LLERAS** this day appeared before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, for a **PRELIMINARY EXAMINATION** under provisions of Rule 5.1 of the Federal Rules of Criminal Procedure. He was represented by Mr. Charles E. Cox, Jr. of the Macon Bar; the United States was represented by Assistant United States Attorneys George Christian and Tamara Jarrett.

After consideration of the testimony of Special Agent James M. Maddux of the UNITED STATES SECRET SERVICE, as well as the argument of counsel for the government and for the defendant, the undersigned finds that PROBABLE CAUSE does exist that the offenses set forth in the Criminal Complaint filed herein on February 21, 2007, to-wit: 18 U.S.C. §1029 and 18 U.S.C. §1028A have been committed as set forth in said complaint, and that defendant **NISSIEL VALDES LLERAS** did commit said offenses as charged therein.

THEREFORE, IT IS ORDERED AND ADJUDGED that this matter be referred to a GRAND JURY of this district for further proceedings as required by law.

SO ORDERED, this 2nd day of MARCH, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE